175 F.3d 1011
 Minersville Safe Deposit Bank and Trust Co., as
Administrator of Estates of Ashley Wekheiser,
Deceased, Donovan Klemka, Deceased
v.
Dillon Companies, Inc., Bic Corporation; Tina Brown Klemka
v. Dillon Companies, Inc., Bic Corporation, Minersville Safe
Deposit Bank & Trust Co., as Administrators of Estates of
Ashley Werkheiser, Deceased, Donovan Klemka, Deceased, Tina
Brown Klemka
 NO. 98-1074
 United States Court of Appeals,
Third Circuit.
 February 05, 1999
 Appeal From: E.D.Pa., 176 F.R.D. 502
 
 1
 Reversed.